FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2018 MAY -7 PM 3:44

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES OF AMERICA

v.

JAVIER TORRES and
ALFREDO LOPEZ DE QUERALTA

CASE NO. 2:18-cr-63-FtM-99CM
16 U.S.C. § 1538(a)(1)(B)
16 U.S.C. § 1540(b)(1)
50 C.F.R. § 17.11(h)
18 U.S.C. § 2

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about February 20, 2017, in the Middle District of Florida, the defendants,

JAVIER TORRES and
ALFREDO LOPEZ DE QUERALTA,

did knowingly and unlawfully take a Florida Panther (*Puma concolor coryi*), an endangered species protected by the Endangered Species Act of 1973, as enumerated in 50 C.F.R. § 17.11(h).

In violation of 16 U.S.C. §§ 1538(a)(1)(B), 1540(b)(1), 18 U.S.C. § 2, and 50 C.F.R. § 17.11(h).

## FORFEITURE

1. The allegations contained in Count One of this Information are incorporated by reference for the purpose of alleging forfeiture, pursuant to provisions of 16 U.S.C. § 1540(e)(4)(B) and 28 U.S.C. § 2461(c).

2. Upon conviction for a violation of 16 U.S.C. § 1538(a)(1)(B), the defendants shall forfeit to the United States, pursuant to 116 U.S.C. § 1540(e)(4)(B) and 28 U.S.C. § 2461(c), any guns, traps, nets, and other equipment, vessels, vehicles, aircraft, and other means of transportation used to aid the taking of a Florida Panther (*Puma concolor coryi*) in violation of 16 U.S.C. § 1538(a)(1)(B).

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

MARIA CHAPA LOPEZ
United States Attorney

By: *Simon R Eth*
Simon R. Eth
Assistant United States Attorney

By: *Jesus M. Casas*
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division